Jared Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com
Attorney for Plaintiff,

LINDA D. EMMONS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA D. EMMONS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. 2:14-cv-0488-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment be extended for 30 days until November 3, 2014. This is Plaintiff's first request for an extension of time to file her Motion for Summary Judgment. Plaintiff's counsel requires additional time to further review the file and prepare Plaintiff's motion due to a heavy workload, despite due diligence.

///

///

///

///

///

///

1

The parties further stipulate that all other scheduling matters set forth in the Court's Scheduling Order will remain unchanged.

Dated: September 30, 2014                                   Respectfully submitted,

By: __/s/ *Jared Walker*_____
Jared T. Walker,
Attorney for Plaintiff

Dated: September 30, 2014          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: __/s/ *Jared Walker for Sundeep Patel**
(*as authorized via email on 9/30/14)
Sundeep Patel,
Special United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  September 30, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE