1  Jared Walker (SB#269029)
2  2020 Capitol Avenue
   Suite 7
3  Sacramento, CA 95811
   T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   LINDA D. EMMONS
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  LINDA D. EMMONS,                    )   Case No. 2:14-cv-0488-KJN
                                       )
10        Plaintiff,                    )
                                       )
11        v.                           )   STIPULATION AND ORDER FOR THE
                                       )   AWARD OF ATTORNEY FEES
12  CAROLYN W. COLVIN,                 )   PURSUANT TO THE EQUAL ACCESS
    Commissioner of Social Security     )   TO JUSTICE ACT, 28 U.S.C. § 2412(d)
13  Administration,                    )
                                       )
14        Defendant.                    )

15        IT IS HEREBY STIPULATED by and between the parties through their undersigned

16  counsel, subject to the approval of the Court, that plaintiff be awarded attorney fees under the Equal

17  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND TWO

18  HUNDRED DOLLARS ($5,200.00).  This amount represents compensation for all legal services

19  rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28

20  U.S.C. §§ 1920, 2412(d).

21        Upon the Court's issuance of an order granting EAJA fees to plaintiff, the government will

22  determine the issue of plaintiff's assignment of EAJA fees to plaintiff's attorney.  Pursuant to Astrue

23  v. Ratliff, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the

24  fees are subject to any offset allowed under the United States Department of the Treasury's Offset

25  Program.

26        If the Department of the Treasury determines that plaintiff does not owe a federal debt, then

27  the government will cause the payment of fees to be made directly to plaintiff's attorney, LAW

28  OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by plaintiff.  Any

STIPULATION AND ORDER FOR
AWARD OF EAJA ATTORNEYS' FEES

payments made will be delivered to JARED T. WALKER.

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that plaintiff and/or plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406, subject to the savings clause provisions of the EAJA.

Dated:  June 8, 2015                          Respectfully submitted,

                                                       __ /s/ *Jared Walker* _____
                                                       JARED T. WALKER,
                                                       Attorney for Plaintiff Linda Emmons


                                                       BENJAMIN B. WAGNER
                                                       United States Attorney
                                                       DONNA L. CALVERT
                                                       Regional Chief Counsel, Region IX
                                                       Social Security Administration

Dated:  June 8, 2015                          /s/ *Sundeep R. Patel* _____
                                                       [*As authorized via e-mail on 6/8/2015]
                                                       SUNDEEP R. PATEL
                                                       Special Assistant United States Attorney
                                                       Attorneys for Defendant

## <u>ORDER</u>

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that EAJA fees are awarded to plaintiff in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS ($5,200.00) subject to the terms of the parties' foregoing Stipulation.

Dated:  June 12, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR
AWARD OF EAJA ATTORNEYS' FEES